CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Michel Alberto Bacasegua-Barriga;<br>DOB: 1993; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>13 - 02434 M- |

Complaint for violation of Title 21 United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about August 24, 2013, at or near Nogales, in the District of Arizona, **Michel Alberto Bacasegua-Barriga**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
   All in violation of Title 21, United States Code, Section 846.

Count 2: On or about August 24, 2013, at or near Nogales, in the District of Arizona, Michel Alberto Bacasegua-Barriga, did knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 24, 2013, a USBP Agent working in Nogales, Arizona was conducting surveillance of the International Boundary Fence (IBF). At approximately 3:45PM, the Agent observed two individuals come from the north and approach the IBF, where they began to receive bundles of marijuana from a subject in Mexico through the IBF and carry them off out of the Agent's view. The Agent moved to interdict these two subjects, and which time he found them standing at the trunk of a maroon Toyota Camry with bundles of marijuana in their hands. As the Agent approached, the subjects attempted to flee. One subject, later identified as BACASEGUA-Barriga, Michel Alberto, was apprehended. With the assistance of an agent and his canine partner, nine bundles of marijuana, with a total approximate weight of 98.33 kilograms, were recovered in, and around the vehicle. BACASEGUA-Barriga admitted he was to be paid $500.00 to smuggle packages of marijuana into the United States and then load them into a vehicle.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA Robert A. Fellrath  *[signature]* | SIGNATURE OF COMPLAINANT (official title)<br>*John Sten [signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>August 26, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54