

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   United States Attorney's Office
3  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
4  Telephone: 520-620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 13-02434 M- |
|---|---|
| Plaintiff, | PLEA AGREEMENT (Flip-Flop) |
| vs. | |
| Michel Alberto Bacasegua-Barriga, | |
| Defendant. | |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count Two of the complaint charging the defendant with Simple Possession of Marijuana, a misdemeanor offense, in violation of Title 21, United States Code, Section 844. The elements of the crime are as follows:

  a) The defendant knowingly and intentionally possessed a quantity of marijuana; and

  b) marijuana is a controlled substance.

2. The government will dismiss Count One of the complaint, Conspiracy to Possess with Intent to Distribute Marijuana, a felony, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C). This charge, if proven, carries a maximum sentence of twenty years imprisonment, a fine of $1,000,000.00, three years to lifetime supervised release, and a $100 special assessment. The government will dismiss this charge at the time of sentencing. This plea will occur no later than the time set for the detention hearing/preliminary hearing.

3. The maximum penalties for the offense to which I am pleading are one (1) year in custody, a $1,000.00 to $100,000.00 fine, one year supervised release, and a $25 special assessment. The government agrees to remit the $25 special assessment. The parties agree that the defendant lacks the ability to pay a fine, and that the court order the fine waived.

4. The defendant recognizes that pleading guilty may have consequences with respect to his/her immigration status if defendant is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, including the offense(s) to which defendant is pleading guilty. Removal and other immigration consequences are the subject of a separate proceeding, however, and defendant understands that no one, including defendant's attorney or the district court, can predict to a certainty the effect of defendant's conviction on defendant's immigration status. Defendant nevertheless affirms that he/she wants to plead guilty regardless of any immigration consequences that this plea may entail, even if the consequence is defendant's automatic removal from the United States.

5. Pursuant to this plea agreement, the government and the defendant stipulate and agree to a sentence of 180 days of imprisonment which will commence at the time of plea and sentencing. Defendant is to receive credit for all time he/she has served to date and shall be deducted from the stipulated sentence.

6. The parties waive a Pre-Sentence Investigation Report and agree that sentencing will occur on the date of the change of plea.

7. Defendant waives: (1) any right to appeal the Court's entry of judgment against the defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack.

8. Factual Basis for Plea:

On or about August 24, 2013, I, Michel Alberto Bacasegua-Barriga, was part of a larger group of individuals that carried bundles of marijuana from Mexico into the United States near Nogales, in the District of Arizona. I knew that I was carrying marijuana, a controlled substance.

Dated this 3rd day of September, 2013.

*X Bacasegua*
Michel Alberto Bacasegua-Barriga
Defendant

Defense Counsel

JOHN S. LEONARDO
United States Attorney
District of Arizona

Assistant U.S. Attorney