*UNITED STATES DISTRICT COURT*

*DISTRICT OF ARIZONA*

| | |
|---|---|
| **United States of America** | **MISDEMEANOR** |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed on or After November 1, 1987) |
| **Michel Alberto Bacasegua-Barriga** | |
| | No. 13-02434-001M-(CRP) |
| | Vincent L. Lacsamana (CJA) |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**
☒ guilty ☐ nolo contendre: as to   Count 2

☐ not guilty as to count(s)

**THERE WAS A:**
☒ finding ☐ verdict: of guilty as to   Count 2

**THERE WAS A:**
☐ finding ☐ verdict: of not guilty as to count(s)

☐ judgment of acquittal as to count(s)
The defendant is acquitted and discharged as to this/these counts.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, U.S.C., §844(a), knowingly and intentionally possessing a quantity of marijuana, a Schedule I controlled substance as charged in Count 2 of the Complaint filed herein.

**IT IS THE JUDGMENT OF THIS COURT THAT:** the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of ONE HUNDRED EIGHTY (180) DAYS WITH CREDIT FOR TIME SERVED.

**IT IS FURTHER ORDERED** that Count 1 is DISMISSED on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**   REMITTED   **FINE:**   **RESTITUTION:**

Case 4:13-mj-02434-DTF   Document 6   Filed 09/04/13   Page 2 of 2

**13-02434-001M-(CRP)**                                               Page 2 of 2
USA vs. Michel Alberto Bacasegua-Barriga

All monetary penalties are due immediately or in regular monthly installments.  If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program.  Any unpaid balance shall become a condition of supervision and shall be paid within 90 days of the expiration of supervision.

The total special assessment shall be paid pursuant to Title 18, United States Code, Section 3013.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

**UNLESS PREVIOUSLY WAIVED, THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 14 DAYS FROM THE IMPOSITION OF SENTENCE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons and recommends:

Date of Imposition of Sentence:  **Tuesday, September 3, 2013**

Date   9/3/2013

D. Thomas Ferraro
**RETURN**       United States Magistrate Judge

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____
_, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By: _____
United States Marshal                                         Deputy Marshal  13-02434-001M-(CRP) -